

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Larry Joe Morgan, TDCJ No. 1847262, | § | No. 08-18-00103-CV |
| Appellant, | § | Appeal from the |
| v. | § | 83rd District Court |
| Doctor Talley, and Samuel B. Itie, FNP, In their Individual and Office Capacity, | § | of Pecos County, Texas |
| | § | (TC# P-7867-83-CV) |
| Appellees. | § | |
| | § | |
| | § | |

**O R D E R**

The Court has reviewed the court reporter's letter filed in response to the Court's order dated November 28, 2018. The court reporter confirms that the reporter's record is accurate and the trial court did not make the statements alleged by Appellant in his motion to supplement the record. Therefore, the Court will not take any further action related to Appellant's claims that the reporter's record is inaccurate. Appellant's brief is due to be filed January 13, 2019.

IT IS SO ORDERED this 4th day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.